HUGART F. NORMAN et al., Individually and as Copartners Practicing Law as NORMAN & ALLEN, Appellants, *v.* DAVID SULLIVAN, as President of Local 32B of the Building Service Employees International Union, et al., Respondents.

Submitted June 10, 1946; decided June 13, 1946.

*Hugart F. Norman* and *Irving Schneider* for motion.
*Aaron Benenson, Emanuel Bund* and *Willard M. Bick* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to renewal thereof if and when a judgment has been entered upon the order of the Appellate Division.